UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Holiday Hospitality Franchising, Inc., a Delaware corporation,

Plaintiff,

vs.

Brainerd Mills Lodging Limited Partnership, a Minnesota partnership; Northern Hospitality, Inc., a Minnesota corporation; Perry M. Platisha and Julie A. Platisha,

Defendants.

RHK/RLE

Court File No. 00-CV-1904

**STIPULATION AND ORDER**

WHEREAS, pursuant to the Court's Scheduling Order of November 5, 2000, the period in which the parties may conduct discovery shall terminate on June 1, 2001; and

WHEREAS, plaintiff has noticed the depositions of defendants Brainerd Mills Lodging Limited Partnership, a Minnesota partnership; Northern Hospitality, Inc., a Minnesota corporation; Perry M. Platisha and Julie A. Platisha to occur on Monday, May 21 through Wednesday May 23, 2001; and

WHEREAS, pursuant to Fed. R. Civ. P. 26(a)(1), defendants disclosed several categories of documents. Plaintiff requested to review those documents in April, 2001. Due to the location of the documents and their volume, counsel for defendants were unable to make most of these documents available for inspection until May 11, 2001, at which time defendants made available for inspection 21 banker's boxes of documents; and

WHEREAS, on May 15-16, 2001, plaintiff's counsel inspected defendants' disclosed documents, and requested copies of the contents of three banker's boxes for closer review; and

WHEREAS, during their inspection of defendants' documents on May 15-16, 2001, plaintiff's counsel ascertained that some categories of documents disclosed by defendants pursuant to Fed. R. Civ. P. 26(a)(1) appear not to have been included in the aforementioned 21 banker's boxes of documents and have not otherwise been made available for plaintiff's inspection and copying; and

FILED MAY 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(17)

WHEREAS, plaintiff's counsel have requested that defense counsel attempt to ascertain whether any additional documents exist, beyond those already made available for inspection, that are encompassed by defendants' Fed. R. Civ. P. 26(a)(1) disclosures and defendants' counsel have agreed to make inquiry.

NOW, THEREFORE, the parties stipulate and agree that the Court can enter the following Order.

**LINDQUIST & VENNUM, P.L.L.P.**

By ____________________
Steven D. Kelley (229726)
Robert C. Friday (294172)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
**Attorneys for Defendants**

**RIDER, BENNETT, EGAN & ARUNDEL**

By ____________________
James L. Forman (167186)
Peter Gray (025809X)

Suite 2000
333 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-7901
**Attorneys for Plaintiff**

**ORDER**

Upon consideration of the stipulation of the parties and the record and proceedings herein, IT IS HEREBY ORDERED:

1. That plaintiff may take the depositions of defendants Brainerd Mills Lodging Limited Partnership, a Minnesota partnership; Northern Hospitality, Inc., a Minnesota corporation; Perry M. Platisha and Julie A. Platisha, currently noticed to occur on Monday, May 21 through Wednesday May 23, 2001, by no later than June 15, 2001.

2. That the remaining provisions of the Scheduling Order of November 5, 2000, including the nondispositive and dispositive motion deadlines, the ready for trial date, and the deadline for completion of all discovery other than that described in Paragraph One of this Order shall be unchanged.

Raymond L. Erickson
United States Magistrate Judge

Dated: MAY 1 8 2001, 2001.
::ODMA\PCDOCS\RIDER\679051\1