DISTRICT OF MINNESOTA

Holiday Hospitality Franchising, Inc., a Delaware corporation,

Plaintiff,

vs.

Brainerd Mills Lodging Limited Partnership, a Minnesota partnership; Northern Hospitality, Inc., a Minnesota corporation; Perry M. Platisha and Julie A. Platisha,

Defendants.

RHK/RLE

Court File No. 00-CV-1904

**STIPULATION AND ORDER**

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The depositions scheduled to be taken on June 14th and 15th will be completed on June 21, 2001.

2. The taking of the depositions on June 21 will not in any way affect the other matters scheduled for this case, including non-dispositive and dispositive motion cutoff, and trial ready date.

NOW, THEREFORE, the parties stipulate and agree that the Court can enter the following Order.

LINDQUIST & VENNUM, P.L.L.P.

By [signature]
Steven D. Kelley (229726)
Garrett M. Weber (271317)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
**Attorneys for Defendants**

RIDER, BENNETT, EGAN & ARUNDEL

By [signature]
James L. Forman (167186)
Peter Gray (025809X)
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 340-7901
**Attorneys for Plaintiff**

692548-1

JUN 18 '01 10:43

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

25

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Holiday Hospitality Franchising, Inc.,
a Delaware corporation

Plaintiff,

vs.

Brainerd Mills Lodging Limited Partnership, a Minnesota partnership; Northern Hospitality, Inc., a Minnesota corporation; Perry M. Platisha and Julie A. Platisha,

Defendants.

RHK/RLE

Court File No. 00-CV-1904

**ORDER**

---

Upon consideration of the stipulation of the parties and the record and proceedings herein, it is hereby ordered:

1. The plaintiff may take the depositions of defendants Brainerd Mills Lodging Limited Partnership, a Minnesota partnership, Northern Hospitality, Inc., a Minnesota corporation, Perry M. Platisha and Julie A. Platisha, currently noticed and scheduled to have been taken by June 15, 2001, on June 21, 2001.

2. That the remaining provisions of the scheduling order of November 5, 2000, including the non-dispositive and dispositive motions, the ready for trial date, and the deadline for completion of all discovery other than that described in paragraph one of this Order shall be unchanged.

BY THE COURT:

Dated: JUN 21 2001

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

692589-1