Cv 00 - 1904
RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR OCTOBER, 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning October 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** September 18, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By September 25, 2001:

(a) Responsive briefs to Motions in Limine shall be served and filed (in St. Paul);

(b) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(c) Replies to Trial Briefs shall be served and filed (in St. Paul).

AUG 01 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By September 28, 2001, Responses to the Written Objections shall be served and filed (in St. Paul).

Dated: August 1, 2001

RICHARD H. KYLE
United States District Judge

| | | |
|---|---|---|
| 1. | Keystone Retaining Wall Systems Inc., | J. Thomas Vitt<br>612-340-2600 |
| | vs CV 00-496 RHK/SRN<br>JURY | |
| | Rockwood Retaining Walls Inc. | Malcolm Moore<br>612-332-8200 |
| 2. | Holiday Hospitality Franchising Inc. | James Forman<br>612-340-7951 |
| | vs CV 00-1904 RHK/RLE<br>JURY | |
| | Brainerd Mills Loding Limited Partnership etal | Joseph Thomson<br>612-371-3211 |
| 3. | Raymond Shorter | Leslie Lienemann<br>952-346-0619 |
| | vs CV 00-1314 RHK/RLE<br>JURY | |
| | St. Cloud State University | Kurt Erickson<br>651-282-5700 |

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500